395 A.2d 1007

Commonwealth v. Poles, Appellant.

Submitted December 6, 1977. Franklin D. Green, for appellant; Eric B. Henson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., concurred in the result.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

395 A.2d 1007

Commonwealth v. Ray, Appellant.

Submitted June 12, 1978. Barry W. Van Rensler, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Ordered affirmed.

CERCONE, J., concurred in the result.

HOFFMAN, J., did not participate in the consideration or decision of this case.